## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOUIS PEREZ,** | : | **CIVIL ACTION** |
| **a/k/a "Alberto Sanchez,"** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **NO. 09-mc-25** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

## O R D E R

_____**AND NOW,** this 17th day of June, 2009, upon consideration of the petitioner's

*pro se* motion for relief pursuant to 28 U.S.C. § 1651 (Document #1), and the

government's epistolary response dated February 17, 2009, IT IS HEREBY ORDERED

that the motion is DENIED in its entirety.

The Clerk of Court shall mark this case CLOSED for all purposes.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.